UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21136-CIV-LENARD/KLEIN

TIGER DIRECT, INC., a Florida
corporation,

        Plaintiff,

vs.

APPLE COMPUTER, INC., a
California corporation,

        Defendant.

_____/

## DECLARATION OF GABRIEL M. GELB

I, GABRIEL M. GELB, declare as follows:

1.      I am the founder of Gelb Consulting Group Inc. A copy of my CV is attached as Exhibit 46. The information contained herein is based upon my personal knowledge and professional experience, and I could testify competently thereto if called upon to do so.

2.      I have testified numerous times in federal court as an expert witness on trademark infringement and dilution issues. My surveys on these topics have been cited with approval by the Fourth and Fifth Circuits, in *Resorts of Pinehurst v. Pinehurst National and Pinehurst Plantation* and *Two Pesos v. Taco Cabana,* respectively.

3.      Established in 1965, Gelb Consulting Group Inc. provides market research and analysis, technology commercialization and new product development, brand and marketing strategy, and expert witness services in trademarks and marketing. We have conducted over 800 surveys for a variety of corporate and not-for-profit agencies, including Allstate Insurance, American Express, Barnes & Noble, i2 Technologies, Nokia, Oprah Winfrey, the Securities and Exchange Commission, the Social Security Administration, 3M Technology Center, and the University of Texas M. D. Anderson Cancer Center, among many others.



1

4.      I understand that TigerDirect has alleged trademark infringement, trademark dilution and false designation of origin against Apple Computer, which has recently introduced a new version of the Mac OS operating system, Mac OS X v10.4 Tiger.

5.      On April 29 and 30, 2005 I conducted an online study of owners or prospective owners of laptop or desktop computers that asked these questions:

> "Thinking about computers and computer-related products, do you associate the brand name Tiger with any particular company or companies? It's OK to say if you don't know?"

If the respondent answered Yes, he or she was asked:

> "With which company or companies do you associate the brand name Tiger?"

A copy of the survey questionnaire is attached as Exhibit 47.

6.      The survey was conducted with computer owners who are members of an online research panel, Greenfield Online, with one million-plus demographically diverse households. Online research is the fastest-growing method of market research and a majority of Gelb Consulting's surveys are now conducted via the Internet. An online survey is particularly appropriate for a survey of computer owners, as in this case.

7.      Greenfield Online selected a random sample from the research panel and sent invitations to the survey, including a link to the Gelb Consulting web site, by email. Email addresses including "tigerdirect.com," "systemax.com," and "apple.com" were excluded from the survey. The survey was hosted on the Gelb Consulting server.

8.      I found that the overwhelming majority (81%) of the relevant population of 517 computer owners did not associate the name Tiger with any computer or computer-related products. Tabulations of the data collected by the survey are attached as Exhibit 48.

9.      Among the balance who did associate the name Tiger with a particular company or companies, the majority associated the name Tiger with a company other than TigerDirect.

10.     Only six percent (6%) of the entire sample associated the name Tiger with the Plaintiff TigerDirect. None identified the name Tiger with any of the other TigerDirect-ancillary names, such as Tigersoftware, TigerPC.com, TigerTV.com, Tigersystems, Tigeradvisor or Tigeroutlet. The small percentage of the survey population that associated the name Tiger

with TigerDirect does not, in my opinion, reach the level required for establishing secondary meaning.

11.     Of those who associated the name Tiger with a particular company or companies, four percent (4%) associated the name Tiger with Apple Computer and three percent (3%) associated the name Tiger with Tiger Electronics. As indicated above, Hasbro markets and sells electronics online under the name Tiger Electronics at http://www.hasbro.com/tigertoys/.

12.     Quality control: The sample consists of the first 522 responders who completed the survey and was not selected by any quota. In answering open-ended questions, the respondents typed in their own words, thus eliminating interviewer bias. The survey was 100% validated as each respondent had a unique identifier number, thus eliminating the possibility of multiple responses from a single computer.

13.     In my opinion, TigerDirect is a weak mark. For example, the word "tiger" is used by a variety of electronic-oriented entities, such as Tiger Electronics (by Hasbro), Tiger Map Server Browser (U. S. Census Bureau), Tiger Technologies (shareware), Tiger Telematics, Tiger Hash Function (cryptology), and Census 2000 Tiger (GIS system). In addition, in a Google search, "tiger" has 37.8 million mentions.

14.     In conclusion, the mark TigerDirect is a weak mark, lacks a sufficient level of acquired distinctiveness to have secondary meaning, and is not famous.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of May 2005, at Houston, Texas.

Gabriel M. Gelb

SFI:585511.1

3

# EXHIBIT 46

## DECLARATION OF GABRIEL M. GELB

**VITA**

Gabriel M. Gelb

Senior Consultant
Gelb Consulting Group, Inc.
10260 Westheimer, Suite 240
Houston, Texas 77042
713/526-5711 Ext. 14

<u>Residence</u>
119 Sage Road
Houston, Texas 77056
713/623-2203

## Education

M.A., University of Missouri School of Journalism, 1957
B.S., City University of New York, 1951

## Offices Held

Current:   President, Research Roundtable of Houston
           President, Sage on the Bayou Owners Association
           Member, Mayor's Arts Marketing Committee

Past:      Chair, Market Research and Analysis, United Way of Texas Gulf Coast
           Vice President, Advertising Effectiveness Council, Business Marketing
           Association
           Vice President, Friends of the Houston Public Library
           Director, M.I.T. Enterprise Forum of Texas
           National Director, American Marketing Association
           President, Houston Chapter, A.M.A.
           President, Houston Chapter, Institute of Management Consultants
           Executive Committee and Chair, Marketing Committee, Houston Symphony
           Orchestra

## Accredited

By the State Bar of Texas for 2 CLE hours for my course, "Uses and Misuses of
Surveys in IP Litigation."

## Member

The International Trademark Association

**Books and Monographs**

Gelb, Gabriel M., Nuts and Bolts of Business-to-Business Marketing Research. (Chicago, Business Marketing Association,1996)

Gelb, Gabriel M., Results of Advertising. (Alexandria, VA: Business Marketing Association, 1993).

Gelb, Betsy D., and Gabriel M. Gelb, Marketing is Everybody's Business, Third edition. (Santa Monica, CA: Goodyear Publishing Company, 1980).

Gelb, Gabriel M. and Betsy D. Gelb, eds., Insights for Marketing Management, Revised edition. (Santa Monica, CA: Goodyear Publishing Company, 1977).

Gelb, Gabriel M. and Betsy D. Gelb, Research at the Top: Better Data for Organizational Policy-Making. (Chicago: American Marketing Association, 1975).

**Business and Professional Articles**

Gelb, Gabriel M. and Gelb, Betsy D., "Working together – Both marketers and attorneys can help protect a company's intellectual property," Marketing Management, (January-February, 2005).

McKeever, John M. and Gelb, Gabriel M., "Going Online: The New Frontier in B2B Market Research," The Business to Business Marketer, January 2003.

Gelb, Gabriel M., "Houston's Secret Weapon: Women in Technology," Houston Business Journal, June 14-20, 2002.

Gelb, Gabriel M., "Litigation Surveys Have Special Rules," The Marketing News, September 24, 2001.

Gelb, Gabriel M., "Ask Away – The Right Way: Guidelines for Conducting IP Surveys for Litigation," Texas Lawyer, September 27, 1999.

Gelb, Gabriel M., "Research Leads to Better Measure of Customer Value," The Marketing News, June 8, 1998.

Gelb, Gabriel M., "Gambling with Value Can be Costly for Cities, Companies," Houston Business Journal, January 23, 1998.

Gelb, Gabriel M., "Customer-Value Analysis," Business-to-Business Marketer, May 1997.

Gelb, Gabriel M., "Conjoint Analysis Help Explain the Bid Process," The Marketing News, March 14, 1988, p-1; reprinted in Churchill, Gilbert A., Marketing Research:Methodological Foundations, Fifth edition (Chicago: The Dryden Press, 1993)

Gelb, Gabriel M., "Maintaining a Spirit of Innovation in Houston", Houston Business Journal, April 30, 1990.

Gelb, Gabriel M., "Strategic Market Planning for Accountants," New Accountant, March 1989.

Gelb, Gabriel M., and Friedheim, Stephen B., "Using Market Research to Analyze Members' Needs," Association Management, April 1986.

Gelb, Gabriel M., "Key Pointers for Employee Surveys," Houston Business Journal, November 11, 1985.

**Refereed Journal Articles**

Gelb, Betsy D., and Gabriel M. Gelb, "What Research Inside the Organization Can Accomplish," Marketing Research: Management and Applications, December 1991.

Gelb, Gabriel M. and Laurie M. Gelb, "Matching Motive to Method: The Best Research Tool for the Job," Journal of Health Care Marketing, March 1989.

Gelb, Betsy D., Samuel V. Smith and Gabriel M. Gelb, "What Marketers of Services Can Learn from the Professionals," Business Horizons, September-October 1988.

Gelb, Gabriel M., and Betsy D. Gelb, "Physicians and Hospital Decisions Making: A Two-Stage Technique for Improvement," Hospital and Health Services Administration, May 1987.

Gelb, Betsy D., and Gabriel M. Gelb, "New Coke's Fizzle: Lessons to the Rest of Us," Sloan Management Review, Fall 1986.

Gelb, Gabriel M., "Arm Your Consulting Practice with Market Research," Journal of Management Consulting, 1986, vol.3 no.1.

Gelb, Gabriel M., "The Uses and Misuses of Feedback," Journal of Organizational Communication, 3rd Quarter 1976.

Gelb, Betsy D., and Gabriel M. Gelb, "Strategies to Overcome 'Phony Feedback'" MSU Business Topics, Autumn 1974.

Gelb, Gabriel M., "The Coming Market for Vacation Homes," California Management Review, Spring 1970.

**Research Activities: Publications in Proceedings**

Gelb, Gabriel M., "Market Research is Thriving in Cyberspace," August 2001, Business Marketing Association, Houston.

Gelb, Gabriel M., and James Gambrell, "Trademark and Trade Dress Surveys and the Expert Witness," in 1990 Proceedings, 6th Annual HIPLA Intellectual Property Law Institute.

Gelb, Gabriel M., and Betsy D., "Applications of Research Findings in Industrial Advertising," in Peter LaPlace, ed., 1979 Proceedings, American Marketing Association.

Gelb, Gabriel M., and Betsy D., "When Advertising Research Goes Beyond Advertising," in Betsy D. Gelb, 1978 Proceedings, American Marketing Association

Gelb, Gabriel M., and Betsy D., "Big Payoffs from Low-Budget Research," in William Locander, ed., 1976 Proceedings, American Marketing Association.

## Expert Witness in Past 4 Years (underlined parties are clients)

The Estate of Mercer K. Ellington v. Gibson Piano Ventures, Inc., Baldwin Piano, Inc., Ellington Pianos et. Al – In the United States District Court for the Southern District of Indiana, Indianapolis Division. Case no. 1:03-cv-0804DFH-WTL

The Hasha Family Limited Partnership IV v. Varco, Inc. -- American Arbitration Association, Houston Office. Case 70Y 189 00371 03

Greater Houston Transportation Company, d/b/a Yellow Cab v. Yahya Hassan et al – In the District Court of Harris County, Texas, 281st Judicial District

Realty World America, Inc., d/b/a Realty World Broker Network v. Real Estate World Florida Commercial, Inc. et al – In the Superior Court for the State of California for the County of Orange.  Case 03CC05190

Darryl Peterson v. Rockstar Games Inc., et al – In the U.S. District Court for the District of Utah, Central Division.  Civil Action 2:03CR00163TC.

Healthpoint Ltd. Et al v. Ethex Corp. et al – In the U.S. District court for the Western District of Texas, San Antonio Division.  Civil Action SA01CA06460G

Justin Brands, Inc. v. Lucchese, Inc. – In the U.S. District Court for the Northern District of Texas, Ft. Worth Division.  Civil Action 4:04-cv-54-y

W.H. Energy Services and Dyna-Drill Technologies Inc. v Baker Chemicals, Inc.  – In the U.S. District Court for the Southern District of Texas, Houston Division.  Civil Action H-03-4295

John Middleton, Inc. and JMTM, Inc. v, Swisher International Group, Inc. – In the U.S. District Court for the Eastern District of Pennsylvania.  Civil Action 03-3908

Amica Mutual Insurance Company v. Amicus Mutual Insurance Company – In the U.S. District Court of Texas, Austin Division.  Civil Action CA04-CA 27955

The Scooter Store Inc. v. Rosie Ray d/b/a Scooter Warehouse. In the United States District Court for the Western District of Texas, San Antonio Division. Case SA03CA04280G

Marketing on Hold, Inc., v. Muzak, L.L.C. et al – In the 269th District Court, Harris County, Texas. Cause No. 2002-32527

Cynthia Muniz v. General Motors Corp. et al - In the District Court 365th Judicial District, Maverick County, Texas. Cause No. 02-II-18802-MCV

Jemil D. Azar et al v. Prudential Insurance Company of America - State of New Mexico County of Valencia Thirteenth Judicial District Court. No. D 1314 CV-99-613

John M. Floyd and Associates Inc. v. Strunk and Associates LP - United States District Court for the Southern District of Texas, Houston Division. Civil Action No. H-03-1395

Nitro Leisure Products LLC v. Acushnet Company – United States District Court Southern District of Florida. Case No. 02-14008-CIV-Middlebrooks/Lynch

The Procter & Gamble Co., et al v. Randy L. Haugen et al - United States District Court for the District of Utah, Northern Division. Case No. 1:95CV94DAK

Frosty Treats, Inc. et al v. Sony Computer Entertainment America, Inc. et al - United States District Court for the Western District of Missouri Western Division. Case No. 03-0378-CV-W-SOW

Kimray, Inc. v. Mallard Control Co., Inc. - United States District Court for the Western District of Oklahoma. Case No. CIV-02-930-3

Azaleia Inc. et al v. United States Olympic Committee - United States District Court for the Eastern District of Missouri, Eastern Division. Case No. 02CV26MLM

Scott O'Grady v. Twentieth Century Fox Film Corp. and Discovery Communications, Inc.- United States District Court for the Eastern District of Texas, Texarkana Division. Civil Action No. 502CV173

Pepsi Park USA Inc. and P.D. Loftus v. Pepsi Cola Co. et al - District Court for the 270th Judicial District, Harris County, Texas. Cause No. 2002-31700

Karie McDowell v. Senegence International Inc. et al - United States District Court for the Central District of California, Southern Division. No. SA CX02-226 GLT (MLGx)

Metro-Goldwyn-Mayer Studios Inc. v. Midway Games Inc. - United States District Court Central District of California Western Division. Case No. 01-09512 TJH (JTLx)

Sara Neal Eskew, trade dress application – Unites States Patent and Trademark Office. Cer. No. 78/213,865

Half Price Books, Records, Magazines Inc. v. BarnesandNoble.com - United States District Court Northern District of Texas, Dallas Division. Cause No. 3 02VC2518G

Inverizon International Inc. v. Bell Atlantic d/b/a Verizon Communications - United States District Court for the Eastern District of Missouri. Civil Action No. 4:00CV01380 HEA

Frosty Bites Inc., Nicholas Angus, and Thomas R. Mosey v. Dippin' Dots, Inc. - United States District Court for the Northern District of Texas, Dallas Division. Civil Action No. 3:01-CV-1532-M

Bravo Corporation v. U.S. Trading Co., Ralphs Grocery Co., The Kroger Company, Fred Meyer Stores Inc., and Food 4 Less Holdings, Inc. - United States District Court for the Central District of California, Western Division. Civil Action No. 01-007542

Scott Szabo d/b/a Alex Mundi Songs v. Landry's Seafood Restaurants d/b/a Joe's Crab Shack - United States District Court for the Southern District of Texas, Houston Division. Civil Action No. H-00-4231

Texaco Inc v. Pennzoil-Quaker State Co. - Trademark Trial and Appeal Board. Serial No. 75/247,806 for Clear Bottle Design

Air-X-Limited, Inc. v. Harsco Corporation - United States District Court for the Western District of Texas, Austin Division. Case No. 71 Y 145 00016 02

Minka Lighting Inc. and Sheng Yuen Electric Co., Ltd. v. Craftmade International, Inc. - United States District Court for the Northern District of Texas, Dallas Division. Civil Action No. 3:00-CV-888-X

Stubbs Collections Inc. v. Sidney Stubbs Davis and Stubbs Davis Company - United States District Court for the Northern District of Texas, Dallas Division. Civil Action No. 3:99-CV02440

Dallas Semiconductor Inc. v. Data Services, Inc. - United States District Court for the Southern District of Texas, Houston Division. Civil Action no. H-00-0996

David "Tank" Abbott v. Midway Games, Inc., and Bruce Buffer - Superior Court of the State of California for the County of Los Angeles. Case No. RIC 325236

Page 5

Illinois High School Association, and March Madness Athletic Association, L.L.C. v. <u>Netfire, Inc</u>. and <u>Sports Marketing International, Inc</u>. - United States District Court for the Northern District of Texas, Dallas Division. Civil Action No. 00CA063

<u>Guardian Savings and Loan Association</u> v. The Guardian Life Insurance Company of America - United States District Court for the Southern District of Texas, Houston Division. Civil Action No. H-99-1146

<u>Nokia Corp. and Nokia Mobile Phones, Inc.</u> v. Hypercel Corporation - United States District Court for the Northern District of Texas Dallas Division. Civil Action No. 3-9CV1563M

<u>i2 Technologies Inc.</u> v. Rhythm Net Connections Inc. - United States District Court for the Northern District of Texas, Dallas Division. Civil Action No. 3:00-CV-0032-P

<u>Galleria Inc.</u> v. Galleria Townhomes Assoc., Inc. - United States District Court for the Southern District of Texas, Houston Division. Civil Action No. H-99-0307

<u>Southwest Recreational Industries Inc.</u> v. Fieldturf Inc. and Fieldturf International Inc.-United States District Court for the Western District of Texas, Austin Division. Civil Action No. 00CA063

P.A.W. Safety Charities v. <u>Petco Animal Supplies</u> - United States District Court for the Western District of Texas, Dallas Division. Civil Action No. 399CVO212-P

American Homecare Federation Inc. v. <u>Paragon Scientific Corp.</u> - United States District Court for the Western District of Texas, Austin Division. Cause No. A-99-CA-025JN

# EXHIBIT 47

## DECLARATION OF GABRIEL M. GELB

| EMAIL INVITATION: | |
|---|---|
| **From Line:** | **Gelb Research** |
| **Subject Line:** | **A Research Survey of Computers** |
| **Email Invitation Content:** | |

**Today we're conducting a very short and very quick computer survey. Your answers will be confidential and anonymous, and of course we're not selling anything.**

**<u>Take the Survey Now</u>** (This survey should take less than 10 minutes to complete.)

To take the survey now, click on the link above or copy and paste
<u>http://www.gelbresearch.com/xxxxxx</u>  into your Web browser address box.

**Thank you, in advance, for your time and opinions.**

Your responses will not be identified either with you or with your rental yard and there will be no follow-up sales call.

If you have any questions or encounter problems with the survey,
please email: <u>Support@greemfield.com</u>

**PRIVACY AND CONFIDENTIALITY**

Gelb Research is the online research division of Gelb Consulting Group. <u>Privacy Policy</u>.

Gelb Consulting is located at 10260 Westheimer, Suite 240, Houston, Texas 77042 USA. If you would like further information about Gelb Consulting, visit us at <u>http://www.gelbconsulting.com</u>.

To discontinue receiving emails from Gelb Consulting, go to:
http://www.gelbresearch.com/discontinue/xxxxxxx

Computer questionniare.doc

**Computer Survey**                                                    Survey Page 1
Gelb Consulting Group, Inc.



Address

1.  Which of the following categories best describes you:

| | |
|---|---|
| | Own a laptop or desktop computer or both |
| | Don't own a computer but plan to buy one in the next six months |
| | Don't own a computer and have no plans to buy one **[Terminate]** |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes


2. Thinking about computers and computer-related products, do you associate the brand name Tiger with any particular company or companies?  It's OK to say if you don't know.

| | |
|---|---|
| | Yes |
| | No |
| | Don't know |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**
Gelb Consulting Group, Inc.

3a. With which company or companies do you associate the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

3b. With which company or companies do you associate the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** No
**Maximum Length:** 32,000 Characters

3c. With which company or companies do you associate the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** No
**Maximum Length:** 32,000 Characters

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                                                 Survey Page 3
Gelb Consulting Group, Inc.

In the previous question you indicated [3A]

4a. Why do you associate that company with the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

5a. Did you learn of this company in:

| | |
|---|---|
| | the last week |
| | the last month |
| | the last year |
| | or before that |
| | You don't remember |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                                    Survey Page 4
Gelb Consulting Group, Inc.

In the previous question you indicated [3B]

4b. Why do you associate that company with the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

5b. Did you learn of this company in:

| | |
|---|---|
| | the last week |
| | the last month |
| | the last year |
| | or before that |
| | You don't remember |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                               **Survey Page 5**
Gelb Consulting Group, Inc.

Address

In the previous question you indicated [3C]

4c. Why do you associate that company with the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer: Yes**
**Maximum Length: 32,000 Characters**

5c. Did you learn of this company in:

| | |
|---|---|
| | the last week |
| | the last month |
| | the last year |
| | or before that |
| | You don't remember |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer Yes**

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                                     Survey Page 6
Gelb Consulting Group, Inc.



Address

6. What is your gender?

| | Male |
|---|---|
| | Female |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

Computer questionniare.doc

**Computer Survey**                                                              **Survey Page 7**
Gelb Consulting Group, Inc.



Thank you for completing the Computer Survey.

Please click the "FINISH >>" button below. Your responses will be saved automatically.

Computer questionniare.doc

| EMAIL INVITATION: | |
| --- | --- |
| **From Line:** | **Gelb Research** |
| **Subject Line:** | **A Research Survey of Computers** |
| **Email Invitation Content:** | |

**Today we're conducting a very short and very quick computer survey. Your answers will be confidential and anonymous, and of course we're not selling anything.**

**Take the Survey Now** (This survey should take less than 10 minutes to complete.)

To take the survey now, click on the link above or copy and paste http://www.gelbresearch.com/xxxxxx into your Web browser address box.

**Thank you, in advance, for your time and opinions.**

Your responses will not be identified either with you or with your rental yard and there will be no follow-up sales call.

If you have any questions or encounter problems with the survey, please email: Support@greemfield.com

**PRIVACY AND CONFIDENTIALITY**

Gelb Research is the online research division of Gelb Consulting Group. Privacy Policy.

Gelb Consulting is located at 10260 Westheimer, Suite 240, Houston, Texas 77042 USA. If you would like further information about Gelb Consulting, visit us at http://www.gelbconsulting.com.

To discontinue receiving emails from Gelb Consulting, go to: http://www.gelbresearch.com/discontinue/xxxxxxx

Computer questionniare.doc

**Computer Survey**                                                                 Survey Page 1
Gelb Consulting Group, Inc.



1.  Which of the following categories best describes you:

| | |
|---|---|
| | Own a laptop or desktop computer or both |
| | Don't own a computer but plan to buy one in the next six months |
| | Don't own a computer and have no plans to buy one **[Terminate]** |

**Radio Button:** ⊙ ○ [Choose One]
**Require Answer** Yes

2. Thinking about computers and computer-related products, do you associate the brand name Tiger with any particular company or companies?  It's OK to say if you don't know.

| | |
|---|---|
| | Yes |
| | No |
| | Don't know |

**Radio Button:** ⊙ ○ [Choose One]
**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                    **Survey Page 2**
Gelb Consulting Group, Inc.

Address

3a. With which company or companies do you associate the brand name Tiger?

**Paragraph** [Open End Question]
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

3b. With which company or companies do you associate the brand name Tiger?

**Paragraph** [Open End Question]
Require Answer: No
Maximum Length: 32,000 Characters

3c. With which company or companies do you associate the brand name Tiger?

**Paragraph** [Open End Question]
Require Answer: No
Maximum Length: 32,000 Characters

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                                      Survey Page 3
Gelb Consulting Group, Inc.

Address

In the previous question you indicated [3A]

4a. Why do you associate that company with the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

5a. Did you learn of this company in:

| | |
|---|---|
| | the last week |
| | the last month |
| | the last year |
| | or before that |
| | You don't remember |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                                          Survey Page 4
Gelb Consulting Group, Inc.

Address

In the previous question you indicated [3B]

4b. Why do you associate that company with the brand name Tiger?

**Paragraph** [Open End Question]
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

5b. Did you learn of this company in:

|   |                     |
|---|---------------------|
|   | the last week       |
|   | the last month      |
|   | the last year       |
|   | or before that      |
|   | You don't remember  |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                             Survey Page 5
Gelb Consulting Group, Inc.

Address

In the previous question you indicated [3C]

4c. Why do you associate that company with the brand name Tiger?

**Paragraph [Open End Question]**
**Require Answer:** Yes
**Maximum Length:** 32,000 Characters

5c. Did you learn of this company in:

| | |
|---|---|
| | the last week |
| | the last month |
| | the last year |
| | or before that |
| | You don't remember |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer** Yes

*Click the "Next >>" button at the bottom of this page to continue with the survey.*

Computer questionniare.doc

**Computer Survey**                                    **Survey Page 6**
Gelb Consulting Group, Inc.



Address

6. What is your gender?

| | Male |
|---|---|
| | Female |

**Radio Button:** ⊙ ○ [Choose One]

**Require Answer Yes**

Computer questionniare.doc

**Computer Survey**
Gelb Consulting Group, Inc.

Survey Page 7



Address

Thank you for completing the Computer Survey.

Please click the "FINISH >>" button below. Your responses will be saved automatically.

Computer questionniare.doc

# EXHIBIT 48

## **<u>DECLARATION OF GABRIEL M. GELB</u>**

4/31/2005

## Computer Survey
## Tables of Data

**1. Which of the following categories best describes you:**

| | Percent | Count |
|---|---|---|
| Own a laptop or desktop computer or both | 98% | 511 |
| Don't own a computer but plan to buy one in the next... | 1% | 6 |
| Don't own a computer and have no plans to buy one (deleted) | 1% | 5 |
| **Total** | **100%** | **522** |

**2. Thinking about computers and computer-related products, do you associate the brand name Tiger with any particular company or companies?  It's OK to say if you don't know.**

| | Percent | Count |
|---|---|---|
| Yes | 19% | 96 |
| No | 45% | 231 |
| Don't know | 37% | 190 |
| **Total** | **100%** | **517** |

Gelb Consulting Group, Inc.

**Computer Survey**
**Tables of Data**

3. With which company or companies do you associate the brand name Tiger?

| | Percent | Count |
|---|---|---|
| TigerDirect/TigerDirect.com | 6% | 33 |
| Apple/Apple computers/Macintosh/Mac | 4% | 20 |
| Tiger Electronics | 3% | 16 |
| Kellogg's/Frosted Flakes | 2% | 12 |
| Exxon/Gasoline | 1% | 7 |
| Tiger Woods/golf | 1% | 4 |
| Tiger (unspecified) | 1% | 3 |
| Computers/Computer information/Computer store | 1% | 3 |
| Nike | 1% | 3 |
| Sony | 0% | 2 |
| HP | 0% | 2 |
| Dell | 0% | 2 |
| Buick | 0% | 2 |
| Other company named | 2% | 12 |
| Do not associate Tiger with a company or companies/Don't know | 81% | 421 |
| **Total** | **100%** | **517** |

Gelb Consulting Group, Inc.

## Computer Survey
## Tables of Data

**4. Why do you associate that company with the brand name Tiger?  (Tabulation only of top four companies mentioned)**

| | TigerDirect/TigerDirect.com | | Apple/Apple computers/Macintosh/Mac | | Kellogg's/Frosted Flakes | | Tiger Electronics | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Percent | Count | Percent | Count | Percent | Count | Percent | Count | Percent | Count |
| I've used/seen their catalogs | 3% | 1 | 0% | 0 | 0% | 0 | 19% | 3 | 5% | 4 |
| They are a catalog company for computers and parts | 3% | 1 | 0% | 0 | 0% | 0 | 6% | 1 | 3% | 2 |
| It's the company name | 24% | 8 | 0% | 0 | 0% | 0 | 6% | 1 | 11% | 8 |
| I have ordered from them before | 27% | 9 | 0% | 0 | 0% | 0 | 0% | 0 | 12% | 9 |
| It's a computer supply store | 18% | 6 | 0% | 0 | 0% | 0 | 6% | 1 | 9% | 7 |
| It's been around for a long time | 3% | 1 | 5% | 1 | 0% | 0 | 0% | 0 | 1% | 1 |
| I've seen it advertised/Get their ads/emails | 6% | 2 | 5% | 1 | 8% | 1 | 6% | 1 | 5% | 4 |
| Because "tiger" is in the name | 9% | 3 | 5% | 1 | 0% | 0 | 6% | 1 | 5% | 4 |
| It's their new operating system | 9% | 3 | 65% | 13 | 0% | 0 | 0% | 0 | 17% | 13 |
| I've heard about it/Gotten e-mails/Read about the product | 0% | 0 | 20% | 4 | 0% | 0 | 0% | 0 | 5% | 4 |
| I heard Apple had a new product named Tiger | 6% | 2 | 10% | 2 | 0% | 0 | 6% | 1 | 5% | 4 |
| Other (Apple) | 0% | 0 | 5% | 1 | 0% | 0 | 0% | 0 | 1% | 1 |
| The slogan "Tiger in your tank" | 0% | 0 | 0% | 0 | 25% | 3 | 0% | 0 | 4% | 3 |
| It's on their credit card | 0% | 0 | 0% | 0 | 8% | 1 | 0% | 0 | 1% | 1 |
| Other (Exxon) | 0% | 0 | 0% | 0 | 8% | 1 | 0% | 0 | 1% | 1 |
| Tony the Tiger is a part of Kellogg | 3% | 1 | 0% | 0 | 83% | 10 | 6% | 1 | 13% | 10 |
| Other (Kellogg) | 0% | 0 | 0% | 0 | 17% | 2 | 0% | 0 | 3% | 2 |
| Association of Tiger Woods and golf | 3% | 1 | 0% | 0 | 17% | 2 | 0% | 0 | 4% | 3 |
| They make games/kids games | 0% | 0 | 0% | 0 | 8% | 1 | 19% | 3 | 4% | 3 |
| They make Tiger toys/trucks/remote control cars | 0% | 0 | 0% | 0 | 0% | 0 | 13% | 2 | 3% | 2 |
| OTHER COMMENTS | 0% | 0 | 0% | 0 | 8% | 1 | 19% | 3 | 5% | 4 |
| Don't know | 6% | 2 | 0% | 2 | 8% | 1 | 0% | 0 | 3% | 2 |
| **Total** | 100% | 33 | 100% | 20 | 100% | 12 | 100% | 16 | 100% | 75 |

## Computer Survey
## Tables of Data

5. When did you learn about this company?

| | TigerDirect/ TigerDirect.com | Apple computer/ Macintosh | Tiger Electronics | Kellogg's | Exxon | Tiger Woods/ golf | Tiger (unspecified) | Computers/ Computer info/Computer ... | [illegible] | [illegible] | [illegible] | Bucs | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent | Percent |
| The last week | 0% | 15% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 3% |
| The last month | 3% | 5% | 6% | 0% | 0% | 0% | 33% | 33% | 0% | 0% | 0% | 0% | 0% | 2% |
| The last year | 18% | 0% | 6% | 0% | 0% | 0% | 0% | 33% | 50% | 50% | 50% | 50% | 33% | 14% |
| or before that | 82% | 70% | 75% | 75% | 86% | 100% | 67% | 33% | 50% | 0% | 0% | 0% | 42% | 69% |
| You don't remember | 3% | 10% | 19% | 25% | 29% | 25% | 33% | 33% | 0% | 50% | 50% | 50% | 33% | 16% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

4/31/2005

# Computer Survey
## Tables of Data

**6. What is your gender?**

|  | Percent | Count |
|---|---|---|
| Male | 18% | 93 |
| Female | 82% | 424 |
| **Total** | **100%** | **517** |

Gelb Consulting Group, Inc.